# EXHIBIT
# 1

**Jefferson County**
**District Clerk's Office**
1085 Pearl Street
Room 203
Beaumont, TX  77701
409-835-8580
Fax 409-835-8527

**Family Law Division**
409-835-8653

**Child Support**
P. O. Box 3586
Beaumont, TX 77704
409-835-8425

**JAMIE SMITH**
**District Clerk**

Date: June 4, 2015

The State of Texas       *Plaintiff, Theresa Hayes
                                   • Case#A-197035
County of Jefferson   *Defendants, Abiyu Ahmed, PAM Transport, Inc., et al

   I, Jamie Smith, Clerk of the District Court, in and for Jefferson
County, Texas, do hereby certify that the above and foregoing is a true and correct copy
of the entire original case hereof, attached hereto 30 pages, as same was filed and appears
of record in my office.

Witness my official seal and signature of office in Beaumont, Texas, this 4th day of June,
A.D., 2015.

**Jamie Smith**, District Clerk
Jefferson County, Texas

By _____Jennifer Pierce_____
Deputy

```
              RECEIPT FOR: FEES                      E-FILING

Cause No: A-0197035        Date:  4/24/15        Receipt No:  312070
  Style:  THERESA HAYES
       vs ABIYU AHMED ET AL

Paid By: CATT, MICHAEL                                  P
Amt Paid:      316.00 EFILE005021298-0   Bal Due:

   10.00     RECORDS MANAGEMENT        10.00    COURT RECORD PRESERVATIO
   10.00     RECORDS ARCHIVE FEE        2.00    ELECTRONIC FILING FEE ($
   50.00     COUNTY FILING FEE         30.00    JURY
   50.00     STATE FILING FEE
   10.00     LIBRARY FEE
   15.00     MEDIATION CENTER FEE
   15.00     STENO
    5.00     SECURITY FEE
   10.00     INDIGENT FEE
   42.00     JUDICIAL SUPPORT
    5.00     APPELLATE JUDICIAL SYSTE
   20.00     ELECTRONIC FILING FEE


              JAMIE SMITH, CLERK DISTRICT COURTS
                  Jefferson County, Texas

                            By: _____
                                ODBC            Deputy
_____
```



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

June 04, 2015

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith   Page 1 of 1

FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
4/24/2015 11:20:56 AM
JAMIE SMITH
DISTRICT CLERK
A-197035

CAUSE NO. _____

| TERESA HAYES | § | IN THE DISTRICT COURT |
|---|---|---|
| VS. | § | |
| | § | ____ JUDICIAL DISTRICT |
| ABIYU AHMED, | § | |
| P.A.M. TRANSPORT, INC., | § | |
| A/K/A PAM CARTAGE CARRIERS, | § | |
| LLC, A/K/A PAM CARTAGE CARRIER, | § | |
| AND REGINA MORPHEW | § | JEFFERSON, TEXAS |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, TERESA HAYES, by and through her attorneys of record, MICHAEL CATT and STEVE PARKHURST, and complain of ABIYU AHMED, P.A.M. TRANSPORT, INC., A/K/A PAM CARTAGE CARRIERS, LLC, A/K/A PAM CARTAGE CARRIER, and REGINA MORPHEW, hereinafter referred to as Defendants, and as grounds would show unto the court the following:

1.

Pursuant to Texas Rule of Civil Procedure 190.4 (Level 3), Plaintiff requests that discovery be tailored to the circumstances of this lawsuit as Plaintiff anticipates there will be a need for substantial discovery.

2.

Plaintiff, TERESA HAYES, is a resident of Orange, Orange County, Texas.

3.

Defendant, ABIYU AHMED, is a resident of Clarkston, Georgia. Service can be

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

June 04, 2015

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith Page 1 of 7

Issued at 751 N. Indian Creek 394, Clarkston, Georgia 30021.

Defendant, P.A.M. TRANSPORT, INC., A/K/A PAM CARTAGE CARRIERS, LLC, A/K/A PAM CARTAGE CARRIER (hereinafter referred to as PAM), is a company doing business in the State of Texas.  Service can be issued to: Daniel Cushman, Hwy. 412 West, Tontiown, AR 72770.

Defendant, REGINA MORPHEW, is a resident of Orange, Texas.  Service can be issued at 176 Nell Street, Orange, Texas 77632.

## 4.
## JURISDICTION

The Court has jurisdiction over Defendant REGINA MORPHEW, because that individual is a Texas resident.  The Court has jurisdiction over PAM, and ABIYU AHMED because PAM is a company doing business in the State of Texas and has purposefully established minimum contacts with the State of Texas and has purposefully established minimum contacts with the State of Texas.  The Court has jurisdiction of Defendant, ABIYU AHMED, an individual operating a motor vehicle in the State of Texas, because ABIYU AHMED purposefully availed himself of the privilege of driving on Texas roadways and Plaintiff's cause of action arises from such activity.  The Court has jurisdiction over the controversy because the damages are within the jurisdictional limits of the court.

## 5.
## VENUE

Venue is proper in Jefferson County, Texas.  Specifically, venue is allowed in this county because all or a substantial part of the events or omissions occurred in this county.

Plaintiff's Original Petition
Page 2

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

June 04, 2015

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith   Page 2 of 7

Tex. Civ. Prac. & Rem. Code § 15.002(a)(1).

## 6.
## FACTS

For cause of action, Plaintiff would show that on or about May 3, 2013, Plaintiff, TERESA HAYES, was injured in an automobile accident while a passenger in a vehicle being driven by REGINA MORPHEW. Defendant, ABIYU AHMED was driving a 2005 Red Peterbilt truck and pulling a 2012 White Hyundai trailer, both owned by PAM. Said tractor/trailer was traveling in the left lane of IH 10 eastbound, and came around a curve in the roadway, and saw that the Defendant's vehicle had slowed down due to slower traffic ahead. Defendant REGINA MORPHEW saw the tractor-trailer coming behind her and attempted to get into the right lane. Defendant, ABIYU AHMED failed to control his speed, violently striking the vehicle being driven by the Defendant REGINA MORPHEW. The impact pushed the Defendant's vehicle into the concrete guardrail on the right shoulder of the highway. As a consequence, Plaintiff sustained injuries and damages made the basis of this lawsuit.

## 7.
## NEGLIGENCE

Plaintiff would further show that the accident made the basis of this suit occurred because the named Defendant, ABIYU AHMED, committed various acts or omissions that were a proximate cause of the injuries and damages sustained by the Plaintiff. Said acts and omissions of negligence include:

    a.    In failing to keep a proper lookout;

    b.    In failing to look for traffic;

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

June 04, 2015

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith    Page 3 of 7

c.   In failing to take appropriate evasive action;

d.   In failing to pay attention to the roadway;

e.   In failing to control speed;

f.   In failing to maintain a safe stopping distance;

g.   In failing to apply brakes;

h.   In losing control of Defendant's vehicle;

i.   In failing to apply brakes timely;

j.   In failing to maintain control of the vehicle under the circumstances;

k.   In colliding with Plaintiff's vehicle;

l.   In driving in a negligent and harmful manner;

m.   In failing to pay attention to other motorists on the roadway; and in negligently driving in a manner that would reasonably cause damage and harm to others; and

n.   In committing various and other acts and omissions that will be proven at the trial of this cause.

## 8.
## NEGLIGENT ENTRUSTMENT

Plaintiff believes the evidence will further show Defendant ABIYU AHMED, was driving a vehicle and/or pulling a trailer owned by Defendant PAM. Further, this Defendant entrusted the tractor truck and trailer to ABIYU AHMED when they knew or should have known that ABIYU AHMED was an unfit and/or incompetent or reckless driver. Thereafter the negligence of ABIYU AHMED was a proximate cause of the injuries and damages sustained by the Plaintiff. Consequently, Defendant, PAM is liable for the damages caused by ABIYU AHMED under the theory of negligent entrustment.



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

June 04, 2015

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith   Page 4 of 7

## 9.
## RESPONDEAT SUPERIOR

Plaintiff believes the evidence will further show that Defendant, ABIYU AHMED, was acting in the course and scope of employment with PAM. Consequently, the Defendant, PAM is vicariously liable under the doctrine of *respondeat superior* for the negligent acts or omissions of Defendant, ABIYU AHMED.

## 10.

Plaintiff would show that the accident made the basis of this suit occurred in part because the named Defendant, REGINA MORPHEW failed to take evasive action, which was a proximate cause of the injuries and damages sustained by the Plaintiff.

## 11.
## DAMAGES

Plaintiff, TERESA HAYES, sustained the following elements of injury and damages, proximately caused by the negligence of the Defendants which in the aggregate are in excess of the minimum jurisdictional limits of this Court, which elements of injury and damage include:

1.   Physical pain and suffering and mental anguish, past and future;

2.   Lost wages and loss of earning capacity, past and future;

3.   Physical impairment, past and future;

4.   Disfigurement, past and future;

5.   Medical expenses, reasonable and necessary, past and future;

6.   Miscellaneous expenses, past and future;

7.   All other damages allowed by Texas Law.

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

June 04, 2015

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

*Jamie Smith* Page 5 of 7

## 12.
## ALTERNATIVE PLEADINGS

All pleadings are in the alternative.

## 13.
## RIGHT TO AMEND

Plaintiff hereby expressly reserves the right to amend her pleadings to conform to the evidence.

## 14.
## REQUEST FOR DISCLOSURE

Under Texas Rule of Civil Procedure 194, Plaintiff requests that Defendants all disclose, within 50 days of the service of this request, with Plaintiff's Original Petition, the information or material described in Rule 194.2.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiff, TERESA HAYES, prays that Defendants, AHMED ABIYU, P.A.M. TRANSPORT, INC., A/K/A PAM CARTAGE CARRIERS, LLC, A/K/A PAM CARTAGE CARRIER, and REGINA MORPHEW, be cited to appear and answer herein and that upon final hearing, Plaintiff have judgment over and against the Defendants, judgment for all damages and injuries alleged herein which are in excess of the minimum jurisdictional limits of this Court, and further that Plaintiff have over and against the named Defendants herein such judgment together with pre-judgment interest as allowed by Texas law, post-judgment interest at the legal rate of interest, costs of Court, all other damages as allowed by law and for such other and further relief, both general and specific, in law and in equity, for which Plaintiff may show herself justly entitled.

Plaintiff's Original Petition
Page 6

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

June 04, 2015

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Janie Smith   Page 6 of 7

PLAINTIFF RESPECTFULLY REQUESTS A TRIAL BY JURY.

Respectfully submitted,

CATT LAW FIRM, P.C.

MICHAEL CATT
State Bar No: 00796324
1705 16th Street
Orange, Texas 77630
(409) 883-2107
Fax: (409) 883-2108
deb@hartlawteam.com

DIES & PARKHURST, LLP

STEVE PARKHURST
State Bar No. 00797206
1009 West Green Avenue
Orange, Texas 77630
(409) 883-0892
Fax: (409) 670-0888
sparkhurst@dieslaw.com

ATTORNEYS FOR PLAINTIFF

I CERTIFY THIS IS A TRUE COPY
Plaintiff's Original Petition
Page 7

Witness my Hand and Seal of Office

June 04, 2015

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith   Page 7 of 7



FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
4/24/2015 11:20:56 AM
JAMIE SMITH
DISTRICT CLERK
A-197035

JAMIE SMITH
JEFFERSON COUNTY DISTRICT CLERK
1085 PEARL STREET, ROOM 203, BEAUMONT, TX 77701

## REQUEST FOR PROCESS
All sections must be completed for processing this request.

**Section 1:**
Cause No._____     Date_____
Style:

_____

VS

_____

**Section 2:**
Check Process Type:
☑ Citation   ☐ Precept to Serve / Notice of Hearing/Notice to Show Cause
☐ Temporary Restraining Order
☐ Application for Protective Order / Temporary (Ex Parte) Protective Order
☐ Notice of Registration of Foreign Judgment   ☐ Citation by Posting
☐ Writ of _____     ☐ Other_____
☐ Citation by Publication* - Newspaper: _____

☑ Check box if you would like the District Clerk's Office to make copies for your service. ($1.00 per page per pleading for copies for service)

**Section 3:**
Title of Document/Pleading to be attached for service: *Plaintiffs*
*Original Petition*

Note: You must furnish one copy of the document/pleading for each party served.

**Section 4: PARTIES TO BE SERVED (Please type or print):**
1. Name: Abiyu Ahmed
   Address: 751 N. Indian Creek 394
   City Clarkston   State Georgia   Zip 30021
2. Name: PAM Transport Inc., aka Pam Cartage Carriers, LLC, aka Pam Cartage
   Carrier   Attn: Daniel Cushman - Agent for Process
   Address: Hwy 412 West
   City Tonitown   State Arkansas   Zip 72770



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

June 04, 2015

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS
Jamie Smith   Page 1 of 2

3. Name: Regina Morphew

Address: 176 Nall Street

City: Orange          State: Do          Zip: 77632

4. Name: PAM Transport Inc - President Daniel Cushman

Address: 897 Henry De Tonti Blvd.

City: Tontitown          State: AR          Zip: 72770

5. Name:

Address:

City:          State:          Zip:

Section 5

## Check Service Type:

☐ No Service                    ☐ Secretary of State

☐ Sheriff                       ☐ Commissioner of Insurance

☐ Constable Pct.                ☐ Out of County

☐ Out of State                  ☑ Private Process   ☐ Other

☐ Certified Mail

Section 6 (ONLY if Section 7 does not apply)

Attorney Name: Michael Catt    (Catt Law)

Address: 1705  16th Street

Orange                          State: Tx          Zip: 77630
                                Street/P.O. Box

Attorney's Telephone No. 883-2107   Attorney's Bar No. 00796324

Section 7 (ONLY if Section 6 does not apply)

## Pro-Se Name:

Address:

          City          State          Zip

Telephone No:

Section 8

## Check Delivery Type:

☐ Hold for pick up     ☑ Mail to Attorney



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

June 04, 2015

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith          Page 2 of 2

FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
4/24/2015 11:20:56 AM
JAMIE SMITH
DISTRICT CLERK
A-197035

# CATT LAW FIRM, P.C.
## 1705 16ᵗʰ Street
## Orange, Texas 77630
## phone - (409) 883-2107
## facsimile - (409) 883-2108

Michael Catt, Attorney                                    Deb Tozer, Paralegal

April 24, 2015

Mr. Jamie Smith                          **VIA E-FILE**
*Jefferson County District Clerk*
Jefferson County Courthouse
1085 Pearl Street, Room 203
Beaumont, TX 77701

RE:   Cause No. _____
      *Teresa Hayes vs. Abiyu Ahmed, P.A.M. Transport, Inc., a/k/a*
      *PAM Cartage Carriers, LLC, a/k/a PAM Cartage Carrier, and*
      *Regina Morphew*

Dear Mr. Smith:

Enclosed for filing in the above referenced matter, please find the following documents:

1)   Plaintiff's Original Petition, with Request for Disclosure;
2)   Jefferson County's Request for Process; and
3)   Civil Case Information Sheet.

Please return the citations for service to my office.

Thank you for your kind assistance in this matter.

Cordially,

MICHAEL CATT

MC/dt
Enclosures

I CERTIFY THIS IS A TRUE COPY
and Seal of Office
June 04, 2015
JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS
Jamie Smith   Page 1 of 1

CIVIL CASE INFORMATION SHEET

FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
4/24/2015 11:20:56 AM
JAMIE SMITH
DISTRICT CLERK
A-197035

CAUSE NUMBER (FOR CLERK USE ONLY):

STYLED

COURT (FOR CLERK USE ONLY):

(e.g. John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing. This sheet, approved by the Texas Judicial Council, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

**1. Contact information for person completing case information sheet:**

| Name: M Catt haul | Email: deb@hartlawteam.com | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| | | Plaintiff(s)/Petitioner(s): WM Teresa Hayes | ☒Attorney for Plaintiff/Petitioner ☐Pro Se Plaintiff/Petitioner ☐Title IV-D Agency ☐Other: |

Address: 1705 16th ST

Telephone: 883-2107

City/State/Zip: Orange, TX 77630

Fax: 883-2108

Signature: M Catt

State Bar No: 00796324

Defendant(s)/Respondent(s):
Abiyu Ahmed, PAM,
Transport Inc, Aka PAM,
Cartage Carriers, LLC, dba PAM Cartage Carriers,
Rasim Morphew

Additional Parties in Child Support Case:

Custodial Parent:

Non-Custodial Parent:

Presumed Father:

[Attach additional page as necessary to list all parties]

**2. Indicate case type, or identify the most important issue in the case (select only 1):**

| Civil | | | | Family Law |
|---|---|---|---|---|

| Contract | Injury or Damage | Real Property | Marriage Relationship | Post-judgment Actions (non-Title IV-D) |
|---|---|---|---|---|
| **Debt/Contract** ☐Consumer/DTPA ☐Debt/Contract ☐Fraud/Misrepresentation ☐Other Debt/Contract | ☐Assault/Battery ☐Construction ☐Defamation *Malpractice* ☐Accounting ☐Legal ☐Medical ☐Other Professional Liability | ☐Eminent Domain/ Condemnation ☐Partition ☐Quiet Title ☐Trespass to Try Title ☐Other Property: | ☐Annulment ☐Declare Marriage Void *Divorce* ☐With Children ☐No Children | ☐Enforcement ☐Modification—Custody ☐Modification—Other |
| **Foreclosure** ☐Home Equity—Expedited ☐Other Foreclosure ☐Franchise ☐Insurance ☐Landlord/Tenant ☐Non-Competition ☐Partnership ☐Other Contract | ☒Motor Vehicle Accident ☐Premises *Product Liability* ☐Asbestos/Silica ☐Other Product Liability List Product: | **Related to Criminal Matters** ☐Expunction ☐Judgment Nisi ☐Non-Disclosure ☐Seizure/Forfeiture ☐Writ of Habeas Corpus— Pre-indictment ☐Other: | **Other Family Law** ☐Enforce Foreign Judgment ☐Habeas Corpus ☐Name Change ☐Protective Order ☐Removal of Disabilities of Minority ☐Other: | **Title IV-D** ☐Enforcement/Modification ☐Paternity ☐Reciprocals (UIFSA) ☐Support Order |
| | ☐Other Injury or Damage: | | | **Parent-Child Relationship** ☐Adoption/Adoption with Termination ☐Child Protection ☐Child Support ☐Custody or Visitation ☐Gestational Parenting ☐Grandparent Access ☐Parentage/Paternity ☐Termination of Parental Rights ☐Other Parent-Child |
| **Employment** ☐Discrimination ☐Retaliation ☐Termination ☐Workers' Compensation ☐Other Employment | **Other Civil** ☐Administrative Appeal ☐Antitrust/Unfair Competition ☐Code Violations ☐Foreign Judgment ☐Intellectual Property | ☐Lawyer Discipline ☐Perpetuate Testimony ☐Securities/Stock ☐Tortious Interference ☐Other: | | |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐Tax Appraisal ☐Tax Delinquency ☐Other Tax | *Probate/Wills/Intestate Administration* ☐Dependent Administration ☐Independent Administration ☐Other Estate Proceedings | *Guardianship—Adult* ☐Guardianship—Adult ☐Guardianship—Minor ☐Mental Health ☐Other: |

**3. Indicate procedure or remedy, if applicable (may select more than 1):**

☐Appeal from Municipal or Justice Court
☐Arbitration-related
☐Attachment
☐Bill of Review
☐Certiorari
☐Class Action

☐Declaratory Judgment
☐Garnishment
☐Interpleader
☐License
☐Mandamus
☐Post-judgment

☐Prejudgment Remedy
☐Protective Order
☐Receiver
☐Sequestration
☐Temporary Restraining Order/Injunction
☐Turnover

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

June 04, 2015

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith                Page 1 of 1

C0197035---00005

CITATION

# THE STATE OF TEXAS

No.  A-0197035

**THERESA HAYES**
**VS. ABIYU AHMED ET AL**

## CITATION

### 58 th JUDICIAL DISTRICT COURT
### of JEFFERSON COUNTY, TEXAS

To:   AHMED, ABIYU

by serving at:
751 N INDIAN CREEK 394

CLARKSTON, GA    30021                                          DEFENDANT:

NOTICE:

    You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  Said answer may be filed by mailing same to:  District Clerk's Office, 1001 Pearl St., 2nd floor, Beaumont, TX 77701, (or if the case is designated as an E-file case, E-file through Lexis Nexis file and serve) or by bringing it to the office.  The case is presently pending before the 58 th District Court of Jefferson County sitting in Beaumont, Texas, and was filed on the 24th day of April, 2015.  It bears cause number A-0197035 and is styled:

                                                                             Plaintiff:

      **THERESA HAYES**

  VS.

      **ABIYU AHMED ET AL**

                              Defendant:

The name and address of the attorney for plaintiff (or plaintiff if pro se) is:

        **CATT, MICHAEL, Atty.**
        **1705 16TH ST (HART LAW BLDG)**
        **ORANGE, TX    77630 0**

The nature of the demands of said plaintiff is shown by a true and correct copy of Plaintiff's PETITION (PLAINTIFF'S ORIGINAL) ALSO ATTACHED LETTER DESIGNATING ALL CASES EFILE accompanying this citation and made a part thereof.

    Issued under my hand and the seal of said court, at Beaumont, Texas, this the 27th day of April, 2015.

                  JAMIE SMITH, DISTRICT CLERK
                  JEFFERSON COUNTY, TEXAS

                  *Regan Corbello*

        Regan

**I CERTIFY THIS IS A TRUE COPY**
Witness my Hand and Seal of Office

**June 04, 2015**

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

*Jamie Smith*   Page 1 of 2

## RETURN OF SERVICE

A-0197035          58 th JUDICIAL DISTRICT COURT

THERESA HAYES

ABIYU AHMED ET AL

Executed when copy was delivered:

This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of

_____, 20____.

_____, Officer

_____, County, Texas

By: _____, Deputy

**ADDRESS FOR SERVICE:**

AHMED, ABIYU

CLARKSTON, GA 30021 0000                    **OFFICER'S RETURN**

Came to hand on the _____ day of _____, 20____, at _____, o'clock ____.m., and executed in
_____, County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation
with the date of delivery endorsed thereon, together with the accompanying copy of the Citation at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
|      |           |                                            |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

**FEES:**

Serving Petition and Copy  $_____

Total                      $_____

_____, Officer

_____, County, Texas

By: _____, Deputy

_____

Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**

In accordance with Rule 107: The officer of authorized person who serves, or attempts to serve, a citation shall sign and return. The signature
is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be
signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my address is _____

_____(First, Middle, Last)_____

_____

(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____, County, State of _____, on the _____ day of _____.

_____

Declarant/Authorized Process Server

_____

(Id # expiration of certification)

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

**June 04, 2015**

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith          Page 2 of 2

C0197035---00006

CITATION

# THE STATE OF TEXAS

No. A-0197035

**THERESA HAYES**
**VS. ABIYU AHMED ET AL**

## CITATION

### 58 th JUDICIAL DISTRICT COURT
### of JEFFERSON COUNTY, TEXAS

To:   P A M TRANSPORT INC
AKA PAM CARTAGE CARRIES LLC AKA PAM CARTAGE CARRIER
C/O DANIEL CUSHMAN

by serving at:
HWY 412 WEST

TONITOWN, AR    72770                                              DEFENDANT:

NOTICE:

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  Said answer may be filed by mailing same to:  District Clerk's Office, 1001 Pearl St., 2nd floor, Beaumont, TX 77701, (or if the case is designated as an E-file case, E-file through Lexis Nexis file and serve)  or by bringing it to the office.  The case is presently pending before the 58 th District Court of Jefferson County sitting in Beaumont, Texas, and was filed on the 24th day of April, 2015.  It bears cause number A-0197035 and is styled:

Plaintiff:

**THERESA HAYES**

VS.

**ABIYU AHMED ET AL**

Defendant:

The name and address of the attorney for plaintiff (or plaintiff if pro se) is:

**CATT, MICHAEL, Atty.**
**1705 16TH ST (HART LAW BLDG)**
**ORANGE, TX   77630 0**

The nature of the demands of said plaintiff is shown by a true and correct copy of Plaintiff's PETITION (PLAINTIFF'S ORIGINAL) ALSO ATTACHED LETTER DESIGNATING ALL CASES EFILE  accompanying this citation and made a part thereof.

Issued under my hand and the seal of said court, at Beaumont, Texas, this the 27th day of April, 2015.

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

*Regan Corbello*

Regan

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

June 04, 2015

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

*Jamie Smith*  Page 1 of 2

## RETURN OF SERVICE

A-0197035                58 th JUDICIAL DISTRICT COURT

THERESA HAYES

ABIYU AHMED ET AL

Executed when copy was delivered:

This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of _____, 20____.

_____, Officer

_____, County, Texas

By: _____, Deputy

**ADDRESS FOR SERVICE:**

P A M TRANSPORT INC

AKA PAM CARTAGE CARRIES LLC AKA PAM CARTAGE CARRIER

TONITOWN, AR 72770 0000                **OFFICER'S RETURN**

Came to hand on the _____ day of _____, 20____, at _____, o'clock ___.m., and executed in _____, County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the Citation at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|---------------------------------------------|
|      |           |                                             |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

**FEES:**

Serving Petition and Copy   $_____

Total                       $_____

_____, Officer

_____, County, Texas

By: _____, Deputy

_____

Affiant

## COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer of authorized person who serves, or attempts to serve, a citation shall sign and return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my address is _____

(First, Middle, Last)

_____.

(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____, County, State of _____, on the _____ day of _____.

_____

Declarant/Authorized Process Server

_____

(Id # expiration of certification)

**I CERTIFY THIS IS A TRUE COPY**
Witness my Hand and Seal of Office

**June 04, 2015**

JAMIE SMITH, DISTRICT CLERK

JEFFERSON COUNTY , TEXAS

Jamie Smith   Page 2 of 2

C0197035---00007

CITATION

# THE STATE OF TEXAS

### No. A-0197035

### THERESA HAYES
### VS. ABIYU AHMED ET AL

## CITATION

### 58 th JUDICIAL DISTRICT COURT
### of JEFFERSON COUNTY, TEXAS

To:   MORPHEW, REGINA

by serving at:
176 NELL STREET

ORANGE, TX   77632                                                                    DEFENDANT:

---

NOTICE:

    You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  Said answer may be filed by mailing same to:  District Clerk's Office, 1001 Pearl St., 2nd floor, Beaumont, TX 77701, (or if the case is designated as an E-file case, E-file through Lexis Nexis file and serve)  or by bringing it to the office.  The case is presently pending before the 58 th District Court of Jefferson County sitting in Beaumont, Texas, and was filed on the 24th day of April, 2015.  It bears cause number A-0197035 and is styled:

Plaintiff:

VS.

    THERESA HAYES

    ABIYU AHMED ET AL

Defendant:

The name and address of the attorney for plaintiff (or plaintiff if pro se) is:

    CATT, MICHAEL, Atty.
    1705 16TH ST (HART LAW BLDG)
    ORANGE, TX   77630 0

    The nature of the demands of said plaintiff is shown by a true and correct copy of Plaintiff's PETITION (PLAINTIFF'S ORIGINAL) ALSO ATTACHED LETTER DESIGNATING ALL CASES EFILE  accompanying this citation and made a part thereof.

    Issued under my hand and the seal of said court, at Beaumont, Texas, this the 27th day of April, 2015.

                JAMIE SMITH, DISTRICT CLERK
                JEFFERSON COUNTY, TEXAS

                *Regan Corbello*

    Regan

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

June 04, 2015

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS
*Jamie Smith*   Page 1 of 2

## RETURN OF SERVICE

A-0197035          58 th JUDICIAL DISTRICT COURT

THERESA HAYES

ABIYU AHMED ET AL

Executed when copy was delivered:

This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of _____, 20____.

_____, Officer
_____, County, Texas
By: _____, Deputy

**ADDRESS FOR SERVICE:**
MORPHEW, REGINA

ORANGE, TX 77632 0000

### OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____, o'clock ____.m., and executed in _____, County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the Citation at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

**FEES:**

Serving Petition and Copy  $_____

Total                                $_____

_____, Officer
_____, County, Texas

By: _____, Deputy

_____
Affiant

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer of authorized person who serves, or attempts to serve, a citation shall sign and return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my address is _____
                    (First, Middle, Last)

_____
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____, County, State of _____, on the _____ day of _____.

_____
Declarant/Authorized Process Server

_____
(Id # expiration of certification)

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

June 04, 2015

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

*Jamie Smith*   Page 2 of 2

C0197035---00008

CITATION

# THE STATE OF TEXAS

### No. A-0197035

### THERESA HAYES
### VS. ABIYU AHMED ET AL

## CITATION

### 58 th JUDICIAL DISTRICT COURT
### of JEFFERSON COUNTY, TEXAS

To:  P A M TRANSPORT INC
    BY SERVING ITS PRESIDENT
    DANIEL CUSHMAN

by serving at:
297 HENRY DE TONTI BLVD

TONITOWN, AR  72770                                                         DEFENDANT:

NOTICE:

    You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  Said answer may be filed by mailing same to:  District Clerk's Office, 1001 Pearl St., 2nd floor, Beaumont, TX 77701, (or if the case is designated as an E-file case, E-file through Lexis Nexis file and serve)  or by bringing it to the office.  The case is presently pending before the 58 th District Court of Jefferson County sitting in Beaumont, Texas, and was filed on the 24th day of April, 2015.  It bears cause number A-0197035 and is styled:

                                                                            Plaintiff:

    THERESA HAYES

VS.

    ABIYU AHMED ET AL

                                                                           Defendant:

The name and address of the attorney for plaintiff (or plaintiff if pro se) is:

          CATT, MICHAEL, Atty.
          1705 16TH ST (HART LAW BLDG)
          ORANGE, TX  77630 0

    The nature of the demands of said plaintiff is shown by a true and correct copy of Plaintiff's PETITION (PLAINTIFF'S ORIGINAL) ALSO ATTACHED LETTER DESIGNATING ALL CASES EFILE  accompanying this citation and made a part thereof.

    Issued under my hand and the seal of said court, at Beaumont, Texas, this the 27th day of April, 2015.

                        JAMIE SMITH, DISTRICT CLERK
                        JEFFERSON COUNTY, TEXAS

                         *Regan Corbello*

Regan

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

June 04, 2015

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS
*Jamie Smith* Page 1 of 2

DISTRICT CLERK OF JEFFERSON COUNTY, TEXAS

### RETURN OF SERVICE

A-0197035                    58 th JUDICIAL DISTRICT COURT

THERESA HAYES

ABIYU AHMED ET AL

Executed when copy was delivered:

This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of

_____, 20_____.

_____, Officer

_____, County, Texas

By: _____, Deputy

**ADDRESS FOR SERVICE:**

P A M TRANSPORT INC

BY SERVING ITS PRESIDENT

TONITOWN, AR 72770 0000

### OFFICER'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____, o'clock ____.m., and executed in

_____, County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation

with the date of delivery endorsed thereon, together with the accompanying copy of the Citation at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|---------------------------------------------|
|      |           |                                             |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

**FEES:**

Serving Petition and Copy  $_____

Total                                $_____

_____, Officer

_____, County, Texas

By: _____, Deputy

_____

Affiant

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer of authorized person who serves, or attempts to serve, a citation shall sign and return. The signature
is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be
signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my address is _____

(First, Middle, Last)

_____.

(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____, County, State of _____, on the _____ day of _____.

_____

Declarant/Authorized Process Server

_____

(Id # expiration of certification)

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

**June 04, 2015**

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

*Jamie Smith*            Page 2 of 2

**FAHL & ASSOCIATES, P.C.**
Attorneys at Law
3900 Essex Lane, Suite 330
Houston, Texas 77027
Tel: (713) 627-7800 Fax: (713) 627-7804

FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
5/14/2015 3:45:43 PM
JAMIE SMITH
DISTRICT CLERK
A-197035

*Glenn J. Fahl*
*Board Certified - Personal Injury Trial Law*
*Texas Board of Legal Specialization*

May 14, 2015

*VIA E-FILE*
Jamie Smith, District Clerk
Jefferson County Courthouse
*ATTN: JENNIFER*
1001 Pearl Street, Room 203
Beaumont, Texas  77701

Re:   Case No. A-197035; *Theresa Hayes vs. Abiyu Ahmed, PAM Transport, Inc. a/k/a PAM Cartage Cartage Carriers, LLC, et al;* In the District Court of Jefferson County, Texas, 58th Judicial District.

Dear Jennifer:

Please allow this correspondence to serve as a formal request to obtain *CERTIFIED* copies of the above-referenced cause, in its entirety.

Upon completion of the above request, please forward to my attention the *CERTIFIED* copies to the above-referenced address.

By copy hereof, I am forwarding a copy of the document(s) to all attorneys of record pursuant to the Texas Rules of Civil Procedure.

Should you have any questions or comments, please do not hesitate to contact my paralegal, Glynis Malveaux, at (713) 627-7800 ext. 319.  Thank you for your attention hereto.

Sincerely,

FAHL & ASSOCIATES, P.C.

/s/Glenn J. Fahl
GLENN J. FAHL

GJF/gm

cc:   *Via efile and/or*
*via email: deb@hartlawteam.com*
*and/or via facsimile (409) 883-2108*
Michael Catt
CATT LAW FIRM, P.C.
Orange, Texas 77630

*Via efile and/or*
*via email: sparkhurst@dieslaw.com*
*and/or via facsimile (409) 670-0888*
Steve Parkhurst
DIES & PARKHURST, LLP
1009 West Green Avenue
Orange, Texas 77630

I CERTIFY THIS IS A TRUE COPY
Witness my hand and seal of office
June 04, 2015

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS
*Jamie Smith* Page 1 of 1

RECEIPT FOR: FEES                              E-FILING

Cause No: A-0197035          Date:  5/14/15          Receipt No:   313747
   Style:  THERESA HAYES
           vs ABIYU AHMED ET AL

Paid By: NO ATTORNEY AT THIS TIME                          P
Amt Paid:        61.00 EFILE005290742-0    Bal Due:

    2.00     ELECTRONIC FILING FEE ($
   59.00     COPIES




                    JAMIE SMITH, CLERK DISTRICT COURTS
                         Jefferson County, Texas

                              By: _____
                                  ODBC              Deputy

    _____



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

June 04, 2015

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith  Page 1 of 1

V.S

CITATION

FILED
JEFFERSO D19N035 C0036
5/19/2015 9:20:48 AM
JAMIE SMITH
DISTRICT CLERK
A-197035

## THE STATE OF TEXAS

No. A-0197035

**THERESA HAYES**
**VS. ABIYU AHMED ET AL**

### CITATION

### 58 th JUDICIAL DISTRICT COURT
### of JEFFERSON COUNTY, TEXAS

To:   P A M TRANSPORT INC
      AKA PAM CARTAGE CARRIES LLC AKA PAM CARTAGE CARRIER
      C/O DANIEL CUSHMAN

by serving at:
HWY 412 WEST

TONITOWN, AR   72770                                      DEFENDANT:

NOTICE:

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  Said answer may be filed by mailing same to: District Clerk's Office, 1001 Pearl St., 2nd floor, Beaumont TX 77701, (or if the case is designated as an E-file case, E-file through Lexis Nexis file and serve) or by bringing it to the office.  The case is presently pending before the 58 th District Court of Jefferson County sitting in Beaumont, Texas, and was filed on the 24th day of April, 2015.  It bears cause number A-0197035 and is styled:

THERESA HAYES                                                      Plaintiff:

VS.

ABIYU AHMED ET AL                                                 Defendant:

The name and address of the attorney for plaintiff (or plaintiff if pro se) is:

CATT, MICHAEL, Atty.
1705 16TH ST (HART LAW BLDG)
ORANGE, TX   77630 0

The nature of the demands of said plaintiff is shown by a true and correct copy of Plaintiff's PETITION (PLAINTIFF'S ORIGINAL) ALSO ATTACHED LETTER DESIGNATING ALL CASES EFILE accompanying this citation and made a part thereof.

Issued under my hand and the seal of said court, at Beaumont, Texas, this the 27th day of April, 2015.

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

*Regan Corbello*

Regan



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

June 04, 2015

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

*Jamie Smith*          Page 1 of 2

RETURN OF SERVICE

A-0197035                    58 th JUDICIAL DISTRICT COURT
THERESA HAYES
ABIYU AHMED ET AL
Executed when copy was delivered:
This is a true copy of the original citation, was delivered to defendant *Pam Transport*, on the *12th* day of
*May*, 20*15*.

_____, Officer
_____, County, Texas
By:_____, Deputy

ADDRESS FOR SERVICE:
P A M TRANSPORT INC
AKA PAM CARTAGE CARRIES LLC AKA PAM CARTAGE CARRIER

TONITOWN, AR 72770 0000                    OFFICER'S RETURN

Came to hand on the *12* day of *May*, 20*15*, at *9:32*, o'clock *A*.m., and executed in
_____, County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation
with the date of delivery endorsed thereon, together with the accompanying copy of the Citation at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
|      |           |                                            |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

_____

and the cause or failure to execute this process is: _____

_____

and the information received as to the whereabouts of said defendant(s) being: _____

_____

FEES:
Serving Petition and Copy  $_____
Total                      $_____

_____, Officer
_____, County, Texas

By:_____, Deputy

_____
Affiant

COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign and return. The signature
is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be
signed under penalty of perjury and contain the following statement:
"My name is *WENDELL REED*, my date of birth is *4-6-58*, and my address is
                                                                     (First, Middle, Last)
*1795 N. CENTER, ELKINS, AR, 72727*.
(Street, City, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in *Washington*, County, State of *AR*, on the *12* day of *May*, *2015*.

*Wendell Reed*
Declarant/Authorized Process Server
*WPS-01-07  Exp. 12-31-15*
(Id # expiration of certification)

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

June 04, 2015

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS
*Jamie Smith*  Page 2 of 2

V.S

FILED
JEFFERSON COUNTY DISTRICT CLERK
5/19/2015 9:20:49 AM
JAMIE SMITH
DISTRICT CLERK
A-197035

CITATION

## THE STATE OF TEXAS

No. A-0197035

### THERESA HAYES
### VS. ABIYU AHMED ET AL

## CITATION

### 58 th JUDICIAL DISTRICT COURT
### of JEFFERSON COUNTY, TEXAS

To: P A M TRANSPORT INC
BY SERVING ITS PRESIDENT
DANIEL CUSHMAN

by serving at:
297 HENRY DE TONTI BLVD

TONITOWN, AR   72770                                    DEFENDANT:

NOTICE:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Said answer may be filed by mailing same to: District Clerk's Office, 1001 Pearl St., 2nd floor, Beaumont TX 77701, (or, if the case is designated as an E-file case, E-file through Lexis Nexis file and serve) or by bringing it to the office. The case is presently pending before the 58 th District Court of Jefferson County sitting in Beaumont, Texas, and was filed on the 24th day of April, 2015. It bears cause number A-0197035 and is styled:

                                                                              Plaintiff:

THERESA HAYES

VS.

ABIYU AHMED ET AL                                                             Defendant:

The name and address of the attorney for plaintiff (or plaintiff if pro se) is:

CATT, MICHAEL, Atty.
1705 16TH ST (HART LAW BLDG)
ORANGE, TX 77630 0

The nature of the demands of said plaintiff is shown by a true and correct copy of Plaintiff's PETITION (PLAINTIFF'S ORIGINAL) ALSO ATTACHED LETTER DESIGNATING ALL CASES EFILE accompanying this citation and made a part thereof.

Issued under my hand and the seal of said court, at Beaumont, Texas, this the 27th day of April, 2015.

                                JAMIE SMITH, DISTRICT CLERK
                                JEFFERSON COUNTY, TEXAS

                                *Regan Corbells*

                      Regan



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

June 04, 2015

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

*Jamie Smith*   Page 1 of 2

**RETURN OF SERVICE**

A-0197035          58 th JUDICIAL DISTRICT COURT

THERESA HAYES

ABIYU AHMED ET AL

Executed when copy was delivered:

This is a true copy of the original citation, was delivered to defendant *Pam Transport*, on the *12* day of *May*, 20 *15*.

_____, Officer

_____, County, Texas

By: _____, Deputy

ADDRESS FOR SERVICE:

P A M TRANSPORT INC

BY SERVING ITS PRESIDENT

TONITOWN, AR 72770 0000

**OFFICER'S RETURN**

Came to hand on the *12* day of *May*, 2015, at *9:57* o'clock *A* .m., and executed in _____ County, Texas, by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the Citation at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

FEES:

Serving Petition and Copy  $_____

Total                              $_____

_____, Officer

_____, County, Texas

By: _____, Deputy

_____

Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign and return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is *Wendell Reed*, my date of birth is *4-6-58*, and my address is *1795 N. Center, Elkins, AR 72727*,

(First, Middle, Last)

(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in *Washington* County, State of *AR*, on the *12* day of *May 2015*.

*Wendell Reed*

Declarant/Authorized Process Server

*WPS-01-09  Exp-12-31-15*

(Id #/expiration of certification)

I CERTIFY THIS IS A TRUE COPY

Witness my Hand and Seal of Office

June 04, 2015

JAMIE SMITH, DISTRICT CLERK

JEFFERSON COUNTY, TEXAS

*Janie Smith*  Page 2 of 2

```
                    RECEIPT FOR: FEES                          E-FILING

Cause No: A-0197035          Date:  5/19/15          Receipt No:  314033
   Style:  THERESA HAYES
       vs ABIYU AHMED ET AL

   Paid By: CATT, MICHAEL                                          P
   Amt Paid:        2.00 EFILE005333423-0   Bal Due:

   2.00     ELECTRONIC FILING FEE ($
```

```
                    JAMIE SMITH, CLERK DISTRICT COURTS
                        Jefferson County, Texas
```

```
                                By:
                                    ODBC              Deputy
```



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

June 04, 2015

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith   Page 1 of 1

FILED
JEFFERSON CO. DISTRICT CLERK
5/21/2015 4:34:52 PM
JAMIE SMITH
DISTRICT CLERK
A-197035

CITATION

## THE STATE OF TEXAS

No. A-0197035

**THERESA HAYES
VS. ABIYU AHMED ET AL**

## CITATION

## 58 th JUDICIAL DISTRICT COURT
## of JEFFERSON COUNTY, TEXAS

To:   MORPHEW, REGINA

by serving at:
176 NELL STREET

ORANGE, TX   77632

DEFENDANT:

NOTICE:

    You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Said answer may be filed by mailing same to: District Clerk's Office, 1001 Pearl St., 2nd floor, Beaumont, TX 77701, (or if the case is designated as an E-file case, E-file through Lexis Nexis file and serve) or by bringing it to the office. The case is presently pending before the 58 th District Court of Jefferson County sitting in Beaumont, Texas, and was filed on the 24th day of April, 2015. It bears cause number A-0197035 and is styled:

Plaintiff:

THERESA HAYES

VS.

ABIYU AHMED ET AL

Defendant:

The name and address of the attorney for plaintiff (or plaintiff if pro se) is:

CATT, MICHAEL, Atty
1705 16TH ST (HART LAW BLDG)
ORANGE, TX - 77630 0

    The nature of the demands of said plaintiff is shown by a true and correct copy of Plaintiff's PETITION (PLAINTIFF'S ORIGINAL) ALSO ATTACHED LETTER DESIGNATING ALL CASES E-FILE accompanying this citation and made a part thereof.

    Issued under my hand and the seal of said court, at Beaumont, Texas, this the 27th day of April, 2015.

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

*Regan Corbells*

Regan



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

June 04, 2015

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

*Jamie Smith*   Page 1 of 2

## RETURN OF SERVICE

A-0197035           58 th JUDICIAL DISTRICT COURT

THERESA HAYES

ABIYU AHMED ET AL

Executed when copy was delivered:

This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of _____, 20____.

_____, Officer

_____, County, Texas

By: _____, Deputy

ADDRESS FOR SERVICE:
MORPHEW, REGINA

ORANGE, TX 77632 0000

### OFFICER'S RETURN

Came to hand on the _5th_ day of _MAY_, 2015, at _12:49_ o'clock _P_.m., and executed in _ORANGE_, County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the Citation at the following times and places; to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
| Regina Murphew | 5/7/15 11:30 AM | 176 NELL, ORANGE, TX |

And not executed as to the defendant(s) _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

FEES:

Serving Petition and Copy   $_____

Total                                   $_____

_____, Officer

_____, County, Texas

By: _____, Deputy

_____
Affiant

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign and return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _KEVIN C. DRESHER_, my date of birth is _12/8/60_, and my address is
(First, Middle, Last)
_4901 OAK Glen, ORANGE, TX 77632_
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _Orange_ County, State of _TX_, on the _7th_ day of _MAY 2015_

_5/7/15_
_11:30_

_Kevin C. Dresher_
Declarant/Authorized Process Server

_#10147_
(Id # expiration of certification)

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

June 04, 2015

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

_Jamie Smith_   Page 2 of 2

RECEIPT FOR: FEES                                E-FILING

Cause No: A-0197035          Date:  5/22/15          Receipt No:  314412
  Style:  THERESA HAYES
       vs ABIYU AHMED ET AL

  Paid By: CATT, MICHAEL                                         P
  Amt Paid:        2.00 EFILE005387278-0   Bal Due:

   2.00     ELECTRONIC FILING FEE ($



                JAMIE SMITH, CLERK DISTRICT COURTS
                    Jefferson County, Texas
                                By:
                                     ODBC              Deputy



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

June 04, 2015

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith  Page 1 of 1